UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NORMAN RATCLIFF | CIVIL ACTION NO. 3:20-CV-00068-JWD-RLB |
| VERSUS | JUDGE JOHN W. DEGRAVELLES |
| PROGRESSIVE GULF INSURANCE COMPANY, GEORGE FARRIOR, AND HEV TRUCKING, LLC | MAGISTRATE RICHARD L. BOURGEOIS, JR. |

*************************************************************************

**ORDER**

Considering the Stipulation of Dismissal;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff, Norman Ratcliff, against Defendants, Progressive Gulf Insurance Company, HEV Trucking, LLC and George Farrior, be and are hereby dismissed with prejudice.

     Baton Rouge     , Louisiana this   29th    day of   November    , 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT

{L0626532.1}